# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE LEAVITT DURAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NEVADA DIVISION OF PAROLE AND PROBATION, et al.,<br><br>　　　　Respondents. | Case No. 2:21-cv-00582-GMN-BNW<br><br>**ORDER** |

　　Petitioner has submitted a petition for a writ of habeas corpus. She did not submit an application to proceed in forma pauperis, nor did she pay the filing fee of $5.00.

　　IT THEREFORE IS ORDERED that petitioner must file an application for leave to proceed in forma pauperis. The clerk of the court is directed to send petitioner a blank application form for non-incarcerated litigants. In the alternative, petitioner must pay the filing fee of $5.00. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

　　DATED: April 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1